**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO LUNA ROBLES LINARES,<br><br>　　　　　　　　　Defendant. | Case No.: 22CR0817-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION AND EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Information in the above-entitled case be dismissed without prejudice; and (2) the bond in this case be exonerated.

IT IS SO ORDERED.

Dated:  May 10, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge